UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HAROLD LUEBBERS, | No. 2:15-cv-2348 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al., | |
| Respondents. | |

    Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 13, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 13, 2016, are adopted in full;

2. Petitioner's motion to stay (ECF No. 16) is granted; and this action is administratively stayed pending petitioner's exhaustion of his unexhausted claims;

3. Petitioner shall notify the court within thirty days of the exhaustion of his unexhausted claims.

IT IS SO ORDERED.

Dated:  August 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE