1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HAROLD LUEBBERS,                    No.  2:  15-cv-2348 MCE KJN P

12                 Petitioner,

13        v.                                  ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16                 Respondent.

17

18        Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  On August 8, 2016, this action was administratively

20   stayed pending petitioner's exhaustion of unexhausted claims.  (ECF No. 21.)  On November 3,

21   2017, petitioner filed a notice stating that all claims are now exhausted.  (ECF No. 22.)

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  The stay in this action is lifted;

24        2.  Respondent is directed to file a response to petitioner's habeas petition within sixty

25   days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be

26   accompanied by all transcripts and other documents relevant to the issues presented in the

27   petition.  See Rule 5, 28 U.S.C. foll. § 2254;

28   ////

                                      1

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, the motion shall be noticed pursuant to the Local Rules.

Dated:  November 7, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lue2348.ord